**FILED**
August 22, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STANTICHA TERRELL MIDDLETON, )<br>)<br>Defendant. ) | Case No. MAG. 11-0260-CKD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release STANTICHA TERRELL MIDDLETON, Case No. MAG. 11-0260-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_Release on Personal Recognizance

_X_    Bail Posted in the Sum of:$5,000.00.

   _X_   Co-Signed Unsecured Appearance Bond

   \_\_\_   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

\_\_\_(Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  08-22-11  at 3:08 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge