**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
PAUL WILLIAM MERCHANT

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00360 WBS |
| Plaintiff, | |
| v. | |
| PAUL WILLIAM MERCHANT, et al. | **STIPULATION AND [**~~PROPOSED~~**] ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michelle Rodriguez, defendant, Paul William Merchant, by and through his counsel, Erin J. Radekin, defendant, Stanticha Terrell Middleton, by and through his counsel, Caro Marks, and defendant, Steven Brent Ethridge, by and through his counsel, Donald Dorfman, agree and stipulate to vacate the date set for status conference, September 26, 2011 at 9:30 a.m., and to continue the status conference until October 24, 2011 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is to permit defense counsel to obtain and complete review of all discovery.  The Court is advised that Ms. Rodriguez, Ms. Marks, and Mr. Dorfman concur with the request for a continuance and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

1 until October 24, 2011 should be excluded in computing time for commencement of trial under the
2 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
3 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
4 preparation. It is further agreed and stipulated that the ends of justice served in granting the request
5 outweigh the best interests of the public and the defendant in a speedy trial.

6     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

7 IT IS SO STIPULATED

8 Dated: September 23, 2011          BENJAMIN WAGNER
                                         United States Attorney
9
                                By:       /s/ Michelle Rodriguez
10                                       MICHELLE RODRIGUEZ
                                      Assistant United States Attorney
11

12 Dated: September 23, 2011                 /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
13                                       Attorney for Defendant
                                      PAUL WILLIAM MERCHANT
14
15 Dated: September 23, 2011                 /s/ Caro Marks
                                      CARO MARKS
                                      Attorney for Defendant
16                                       STANTICHA TERRELL MIDDLETON

17
   Dated: September 23, 2011                 /s/ Donald Dorfman
18                                       DONALD DORFMAN
                                      Attorney for Defendant
19                                       STEVEN BRENT ETHRIDGE

20 / / /

21 / /

22 /

23

24

25

26

27

28

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of September 26, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on October 24, 2011 at 9:30 a.m. The court finds excludable time in this matter through October 24, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: September 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE