1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  PAUL WILLIAM MERCHANT

6
7                IN THE UNITED STATES DISTRICT COURT FOR THE
                       EASTERN DISTRICT OF CALIFORNIA
8
9
10 | UNITED STATES OF AMERICA,
11 |         Plaintiff,                    Case No. 2:11-cr-00360 WBS
12 | v.
13 |                                       **STIPULATION AND [PROPOSED] ORDER**
   | PAUL WILLIAM MERCHANT, et al.         **TO CONTINUE STATUS CONFERENCE**
14 |
   |         Defendants.
15 |
16 |
17

18                              **STIPULATION**

19        Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney Michelle Rodriguez, defendant, Paul William Merchant, by and through his counsel, Erin

21 J. Radekin, defendant, Stanticha Terrell Middleton, by and through his counsel, Caro Marks, and

22 defendant, Steven Brent Ethridge, by and through his counsel, Donald Dorfman, agree and stipulate

23 to vacate the date set for status conference, September 26, 2011 at 9:30 a.m., and to continue the

24 status conference until October 24, 2011 at 9:30 a.m., in the courtroom of the Honorable William B.

25 Shubb.

26        The reason for this request is to permit defense counsel to obtain and complete review of all

27 discovery. The Court is advised that Ms. Rodriguez, Ms. Marks, and Mr. Dorfman concur with the

28 request for a continuance and have authorized Ms. Radekin to sign this stipulation on their behalf.

          The parties further agree and stipulate that the time period from the filing of this stipulation

1  until October 24, 2011 should be excluded in computing time for commencement of trial under the
2  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
3  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
4  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
5  outweigh the best interests of the public and the defendant in a speedy trial.
6       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
7  IT IS SO STIPULATED
8  Dated: September 23, 2011                BENJAMIN WAGNER
                                             United States Attorney

                                             By:      /s/ Michelle Rodriguez
                                                MICHELLE RODRIGUEZ
                                                Assistant United States Attorney

12 Dated: September 23, 2011                    /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
                                             Attorney for Defendant
                                             PAUL WILLIAM MERCHANT

   Dated: September 23, 2011                    /s/ Caro Marks
                                             CARO MARKS
                                             Attorney for Defendant
                                             STANTICHA TERRELL MIDDLETON

   Dated: September 23, 2011                    /s/ Donald Dorfman
                                             DONALD DORFMAN
                                             Attorney for Defendant
                                             STEVEN BRENT ETHRIDGE

20  / / /
21  / /
22  /

-2-

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of September 26, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on October 24, 2011 at 9:30 a.m.  The court finds excludable time in this matter through October 24, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  September 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE