```
 1  BENJAMIN B. WAGNER
    U.S. Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

10              IN THE UNITED STATES DISTRICT COURT FOR THE

11                      EASTERN DISTRICT OF CALIFORNIA

```
13  UNITED STATES OF AMERICA,    )   CR. NO.  11-360-WBS
                    Plaintiff,   )
14       v.                      )
                                 )   MOTION TO DISMISS CERTAIN
15  STANTICHA T. MIDDLETON,      )   COUNTS IN 11-360-WBS AND
                    Defendant.   )   (~~proposed~~) ORDER
16  _____)
```

17                                **MOTION**

18      HEREBY, the United States moves that this Court enter an

19  order, pursuant to Fed. R. Crim. Pro. 48(a), dismissing without

20  prejudice only the following counts in 11-360-WBS and only as to

21  defendant Stanticha T. Middleton:

22  **INDICTMENT**

23  <u>Count</u>      <u>Offense</u>              <u>Description</u>
    1          18 USC 371           Conspiracy (to commit bank fraud
24                                   and possess stolen U.S. Mail
    15, 16     18 USC 1344(2)       Bank Fraud
25  30, 31     18 USC 1708          Possession of Stolen U.S. Mail

26      Before Magistrate Brennan, via another charging document

27  (Information in CR 11-453-EFB) and via plea agreement, defendant

28  Stanticha Middleton was convicted (on 11/3/11) and sentenced (on

Motion to Dismiss felony charges and (proposed) Order                    1

1/23/12) for misdemeanor bank larceny in violation of 18 USC 2113(b) and 2.

DATED: 1/23/2012                    BENJAMIN WAGNER
                                    U.S. Attorney
                                            /s/Michelle Rodriguez
                                    By      _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

### ORDER

The United States' motion to dismiss without prejudice Counts 1, 15, 16, 30, and 31 of the Indictment only as to Stanticha T. Middleton in the above referenced case, CR No 11-360-WBS, is GRANTED. By this Order (dismissal of felony charges), there is no effect on the misdemeanor convictions against defendant Stanticha T. Middleton in Magistrate Court. The February 6, 2012 Status Conference is vacated as to this defendant only.

DATED:     January 24, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE